IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01622-WDM-MEH

JOSH WOLTJER,

Plaintiff,
v.

DICK SMELSER AND

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Defendant.

_____

## NOTICE OF DISMISSAL
_____

This matter is before me on the plaintiff's November 24, 2006 letter to the court (doc. no. 23). The court construes plaintiff's letter as a Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). There being no objection filed by defendants, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 7, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge